UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

BRIAN OFSIE,

      Debtor.

Chapter 7

Case No. 8-17-77510

------------------------------------------------------------X

**AFFIDAVIT**

STATE OF NEW YORK  )
                         ) SS.:
COUNTY OF NASSAU  )

    BRIAN OFSIE, being duly sworn, does hereby depose and say that:

1)    I am the debtor in the instant Chapter 7 case.

2)    I have been employed since August 29, 2017 and am attaching herewith proof of my income.

3)    I declare that the foregoing is true and correct.

Dated:    December 6, 2017
At:        Garden City, New York

                                                /s/ Brian Ofsie
                                               BRIAN OFSIE

SWORN TO BEFORE ME THIS
6th day of December, 2017

/s/ Roy J. Lester
NOTARY PUBLIC

ROY J. LESTER
Notary Public, State of New York
No. [illegible]
Qualified in Nassau County
Commission Expires September 30, 2021

**Citizens Bank**

Loc: 12437

000420-000402

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

**Earnings Statement**

Period Beginning: 11/20/2017
Period Ending: 11/26/2017
Check Date: 12/01/2017
Check Number: 0001324183
Batch Number: 000000001552

Page 002 of 002

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY 11577

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY: S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Regular | 11/06/17-11/12/17 | 11.5000 | 40.00 | 460.00 |
| Regular | 11/13/17-11/19/17 | 11.5000 | 40.00 | 460.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

Loc: 12437                    000419-000402

**Citizens Bank**

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

|  | Page 001 of 002 |
|---|---|
| Period Beginning: | 11/20/2017 |
| Period Ending: | 11/26/2017 |
| Check Date: | 12/01/2017 |
| Check Number: | 0001324183 |
| Batch Number: | 000000001552 |

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY:  S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 11.5000 | 112.00 | 1288.00 | 5428.00 |
| BYOD Stipend | | | 20.00 | 60.00 |
| Draw | | | 2540.00 | 30480.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 278.78 |
| Medical Plan | 117.69 | 980.75 |
| Vision Plan | 5.11 | 42.86 |

| Gross Pay | 112.00 | 3848.00 | 35968.00 |
|---|---|---|---|

Bolded lines include prior per. earnings on following pgs

**Tax Deductions**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 0.00 | 0.00 |
| Fed MED/EE | | 53.24 | 501.78 |
| Fed OASDI/EE | | 227.65 | 2145.55 |
| NY Withholdng | | 243.97 | 2191.77 |
| NY OASDI/EE | | 0.60 | 7.80 |

| Total Pre-Tax | 156.33 | 1302.39 |
|---|---|---|
| Fed Taxable Wages | 3671.67 | 34605.61 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 61.38 |
| Hospital Indemnit | 5.16 | 46.44 |
| Supplemental Life | 1.46 | 13.14 |

| Total After-Tax | 13.44 | 120.96 |
|---|---|---|
| Net Pay | 3152.77 | 29697.75 |

**Direct Deposit Summary**

| Net Check | 3,152.77 |
|---|---|

| Total Tax Deductions | 525.46 | 4846.90 |
|---|---|---|

**Benefit Summary    Allotment    Used**

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC  All Rights Reserved.

TEAR HERE ▼

Loc: 12437    000160-000158

**Citizens Bank**

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

Page 001 of 001
Period Beginning: 11/13/2017
Period Ending:    11/19/2017
Check Date:       11/24/2017
Check Number:     0001323992
Batch Number:     000000001550

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY:  S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 27940.00 |
| BYOD Stipend | | | | 40.00 |
| Regular | | | | 4140.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 245.25 |
| Medical Plan | 117.69 | 863.06 |
| Vision Plan | 5.11 | 37.75 |

| | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 2540.00 | 32120.00 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 34.56 | 448.54 |
| Fed OASDI/EE | 147.78 | 1917.90 |
| NY Withholdng | 143.83 | 1947.80 |
| NY OASDI/EE | 0.60 | 7.20 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Pre-Tax | 156.33 | 1146.06 |
| Fed Taxable Wages | 2383.67 | 30933.94 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 54.56 |
| Hospital Indemnit | 5.16 | 41.28 |
| Supplemental Life | 1.46 | 11.68 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 13.44 | 107.52 |
| Net Pay | 2043.46 | 26544.98 |

**Direct Deposit Summary**

| | |
|---|---|
| Net Check | 2,043.46 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Tax Deductions | 326.77 | 4321.44 |

**Benefit Summary    Allotment    Used**

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

Loc: 12437     000478-000455

# Citizens Bank

# Earnings Statement

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

| | |
|---|---|
| Page | 001 of 001 |
| Period Beginning: | 11/06/2017 |
| Period Ending: | 11/12/2017 |
| Check Date: | 11/17/2017 |
| Check Number: | 0001323750 |
| Batch Number: | 000000001548 |

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY 11577

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY:  S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 25400.00 |
| BYOD Stipend | | | | 40.00 |
| Regular | | | | 4140.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 2540.00 | 29580.00 |

## Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 34.56 | 413.98 |
| Fed OASDI/EE | 147.79 | 1770.12 |
| NY Withholdng | 143.83 | 1803.97 |
| NY OASDI/EE | 0.60 | 6.60 |

| Total Tax Deductions | 326.78 | 3994.67 |
|---|---|---|

**Benefit Summary**  Allotment  Used

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 211.72 |
| Medical Plan | 117.69 | 745.37 |
| Vision Plan | 5.11 | 32.64 |

| Total Pre-Tax | 156.33 | 989.73 |
|---|---|---|
| Fed Taxable Wages | 2383.67 | 28550.27 |

### After-Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 47.74 |
| Hospital Indemnit | 5.16 | 36.12 |
| Supplemental Life | 1.46 | 10.22 |

| Total After-Tax | 13.44 | 94.08 |
|---|---|---|
| Net Pay | 2043.45 | 24501.52 |

### Direct Deposit Summary

| Net Check | 2,043.45 |
|---|---|

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

Loc: 12437                    000174-000172

# Citizens Bank

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

Page 001 of 001
Period Beginning:   10/30/2017
Period Ending:      11/05/2017
Check Date:         11/10/2017
Check Number:       0001323564
Batch Number:       000000001546

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY   11577

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY:  S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 22860.00 |
| Regular | 11.5000 | 40.00 | 460.00 | 4140.00 |
| BYOD Stipend | | | | 40.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 178.19 |
| Medical Plan | 117.69 | 627.68 |
| Vision Plan | 5.11 | 27.53 |

| Gross Pay | 40.00 | 3000.00 | 27040.00 |
|---|---|---|---|

| | This Period | Year-to-Date |
|---|---|---|
| Total Pre-Tax | 156.33 | 833.40 |
| Fed Taxable Wages | 2843.67 | 26166.60 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 41.24 | 379.42 |
| Fed OASDI/EE | 176.31 | 1622.33 |
| NY Withholdng | 181.00 | 1660.14 |
| NY OASDI/EE | 0.60 | 6.00 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 40.92 |
| Hospital Indemnit | 5.16 | 30.96 |
| Supplemental Life | 1.46 | 8.76 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 13.44 | 80.64 |
| Net Pay | 2431.08 | 22458.07 |

**Direct Deposit Summary**

| Net Check | 2,431.08 |
|---|---|

| Total Tax Deductions | 399.15 | 3667.89 |
|---|---|---|

**Benefit Summary    Allotment    Used**

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC  All Rights Reserved.
© 2017 ADP, LLC (PCSUCH)
▼TEAR HERE

# Earnings Statement

**Citizens Bank**

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

Page 002 of 002
Period Beginning:   10/23/2017
Period Ending:      10/29/2017
Check Date:         11/03/2017
Check Number:       0001323365
Batch Number:       000000001544

```
Exemptions    Addl Amt   Addl %
 Fed:  S-00
 NY:   S-00
```

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY   11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Regular | 10/16/17-10/22/17 | 11.5000 | 40.00 | 460.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2017 ADP, LLC (PCSUCH)
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID

THIS IS NOT A CHECK

This amount:
Pay to the order of:

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Citizens Bank**

Loc: 12437                              000390-000386

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

Period Beginning: 10/23/2017
Period Ending: 10/29/2017
Check Date: 11/03/2017
Check Number: 0001323365
Batch Number: 000000001544

Page 001 of 002

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY: S-00 | | |

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 11.5000 | 80.00 | 920.00 | 3680.00 |
| BYOD Stipend | | | 20.00 | 40.00 |
| Draw | | | 2540.00 | 20320.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 144.66 |
| Medical Plan | 117.69 | 509.99 |
| Vision Plan | 5.11 | 22.42 |

**Gross Pay** 80.00 3480.00 24040.00

Bolded lines include prior per. earnings on following pgs

| Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 47.90 | 338.18 |
| Fed OASDI/EE | 204.83 | 1446.02 |
| NY Withholdng | 217.66 | 1479.14 |
| NY OASDI/EE | 0.60 | 5.40 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Pre-Tax | 156.33 | 677.07 |
| Fed Taxable Wages | 3303.67 | 23322.93 |

| After-Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 34.10 |
| Hospital Indemnit | 5.16 | 25.80 |
| Supplemental Life | 1.46 | 7.30 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 13.44 | 67.20 |
| Net Pay | 2839.24 | 20026.99 |

**Direct Deposit Summary**
Net Check   2,839.24

Total Tax Deductions   470.99   3268.74

**Benefit Summary**   Allotment   Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC  All Rights Reserved.
© 2017 ADP, LLC (FCSUCH)
TEAR HERE

Loc: 12437          000194-000191

# Earnings Statement

## 🎗 Citizens Bank®

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

| | |
|---|---|
| Period Beginning: | 10/16/2017 |
| Period Ending: | 10/22/2017 |
| Check Date: | 10/27/2017 |
| Check Number: | 0001323181 |
| Batch Number: | 000000001542 |

Page 001 of 001

Exemptions  Addl Amt  Addl %
  Fed:   S-00
  NY:    S-00

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 17780.00 |
| BYOD Stipend | | | | 20.00 |
| Regular | | | | 2760.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 111.13 |
| Medical Plan | 117.69 | 392.30 |
| Vision Plan | 5.11 | 17.31 |

| Gross Pay | 2540.00 | 20560.00 |
|---|---|---|

| Total Pre-Tax | 156.33 | 520.74 |
|---|---|---|
| Fed Taxable Wages | 2383.67 | 20019.26 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 34.56 | 290.28 |
| Fed OASDI/EE | 147.78 | 1241.19 |
| NY Withholdng | 143.83 | 1261.48 |
| NY OASDI/EE | 0.60 | 4.80 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 27.28 |
| Hospital Indemnit | 5.16 | 20.64 |
| Supplemental Life | 1.46 | 5.84 |

| Total After-Tax | 13.44 | 53.76 |
|---|---|---|
| Net Pay | 2043.46 | 17187.75 |

**Direct Deposit Summary**

| Net Check | 2,043.46 |
|---|---|

| Total Tax Deductions | 326.77 | 2797.75 |
|---|---|---|

**Benefit Summary**  Allotment  Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC  All Rights Reserved.

▼ TEAR HERE

**Citizens Bank**

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

**Earnings Statement**

| | |
|---|---|
| Period Beginning: | Page 002 of 002 |
| | 10/09/2017 |
| Period Ending: | 10/15/2017 |
| Check Date: | 10/20/2017 |
| Check Number: | 0001322950 |
| Batch Number: | 000000001540 |

**BRIAN OFSIE**
**29 Farm Lane**
**Roslyn Heights, NY   11577**

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY: S-00 | | |

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Regular | 10/02/17-10/08/17 | 11.5000 | 40.00 | 460.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID

**THIS IS NOT A CHECK**

This amount:

Pay to the
order of:

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Citizens Bank

Loc: 12437  000450-000435

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 10/09/2017 |
| Period Ending: | 10/15/2017 |
| Check Date: | 10/20/2017 |
| Check Number: | 0001322950 |
| Batch Number: | 000000001540 |

Page 001 of 002

Exemptions   Addl Amt   Addl %
Fed:  S-00
NY:   S-00

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 11.5000 | 72.00 | 828.00 | 2760.00 |
| Draw | | | 2540.00 | 15240.00 |
| BYOD Stipend | | | | 20.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 77.60 |
| Medical Plan | 117.69 | 274.61 |
| Vision Plan | 5.11 | 12.20 |

| | Hours | This Period | Year-to-Date |
|---|---|---|---|
| **Gross Pay** | 72.00 | 3368.00 | 18020.00 |

Bolded lines include prior per. earnings on following pgs

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 46.57 | 255.72 |
| Fed OASDI/EE | 199.13 | 1093.41 |
| NY Withholdng | 210.73 | 1117.65 |
| NY OASDI/EE | 0.60 | 4.20 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Pre-Tax** | 156.33 | 364.41 |
| **Fed Taxable Wages** | 3211.67 | 17635.59 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 20.46 |
| Hospital Indemnit | 5.16 | 15.48 |
| Supplemental Life | 1.46 | 4.38 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total After-Tax** | 13.44 | 40.32 |
| **Net Pay** | 2741.20 | 15144.29 |

**Direct Deposit Summary**

| | |
|---|---|
| Net Check | 2,741.20 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Tax Deductions** | 457.03 | 2470.98 |

**Benefit Summary**   Allotment   Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC  All Rights Reserved.

TEAR HERE

## Citizens Bank

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

## Earnings Statement

| | |
|---|---|
| Period Beginning: | Page 001 of 001 |
| | 10/02/2017 |
| Period Ending: | 10/08/2017 |
| Check Date: | 10/13/2017 |
| Check Number: | 0001322760 |
| Batch Number: | 000000001538 |

Exemptions    Addl Amt    Addl %
Fed:    S-00
NY:     S-00

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 12700.00 |
| BYOD Stipend | | | | 20.00 |
| Regular | | | | 1932.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 33.53 | 44.07 |
| Medical Plan | 117.69 | 156.92 |
| Vision Plan | 5.11 | 7.09 |

| | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 2540.00 | 14652.00 |

### Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 34.57 | 209.15 |
| Fed OASDI/EE | 147.78 | 894.28 |
| NY Withholdng | 143.83 | 906.92 |
| NY OASDI/EE | 0.60 | 3.60 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Pre-Tax | 156.33 | 208.08 |
| Fed Taxable Wages | 2383.67 | 14423.92 |

### After-Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| Accident Insuranc | 6.82 | 13.64 |
| Hospital Indemnit | 5.16 | 10.32 |
| Supplemental Life | 1.46 | 2.92 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 13.44 | 26.88 |
| Net Pay | 2043.45 | 12403.09 |

### Direct Deposit Summary

| | |
|---|---|
| Net Check | 2,043.45 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Tax Deductions | 326.78 | 2013.95 |

### Benefit Summary    Allotment    Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2017 ADP, LLC (PCSHCH)

Loc: 12437    000429-000424

## ❈ Citizens Bank®

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

## Earnings Statement

Period Beginning: 09/25/2017
Period Ending: 10/01/2017
Check Date: 10/06/2017
Check Number: 0001322549
Batch Number: 000000001536

Page 001 of 002

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY  11577

Exemptions       Addl Amt   Addl %
Fed: S-00
NY:  S-00

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 11.5000 | 80.00 | 920.00 | 1932.00 |
| Draw | | | 2540.00 | 10160.00 |
| BYOD Stipend | | | 20.00 | 20.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Plan | 10.54 | 10.54 |
| Medical Plan | 39.23 | 39.23 |
| Vision Plan | 1.98 | 1.98 |

| **Gross Pay** | **80.00** | **3480.00** | **12112.00** |
|---|---|---|---|

Bolded lines include prior per. earnings on following pgs

| Tax Deductions | | |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 49.42 | 174.58 |
| Fed OASDI/EE | 211.32 | 746.50 |
| NY Withholdng | 225.13 | 763.09 |
| NY OASDI/EE | 0.60 | 3.00 |

| **Total Pre-Tax** | **51.75** | **51.75** |
|---|---|---|
| **Fed Taxable Wages** | **3408.25** | **12040.25** |

| After-Tax Deductions | | |
|---|---|---|
| Accident Insuranc | 6.82 | 6.82 |
| Hospital Indemnit | 5.16 | 5.16 |
| Supplemental Life | 1.46 | 1.46 |

| **Total After-Tax** | **13.44** | **13.44** |
|---|---|---|
| **Net Pay** | **2928.34** | **10359.64** |

**Direct Deposit Summary**
Net Check                              2,928.34

| **Total Tax Deductions** | **486.47** | **1687.17** |
|---|---|---|

**Benefit Summary**   Allotment    Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

Loc: 12437 000417-000400

**Citizens Bank**

Citizens Bank, N.A.
One Citizens Plaza - RSD125
PO Box 42028
Providence, RI 02940-2028

# Earnings Statement

Period Beginning: 09/11/2017
Period Ending: 09/17/2017
Check Date: 09/22/2017
Check Number: 0001322132
Batch Number: 000000001532

Page 001 of 001

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| NY: S-00 | | |

BRIAN OFSIE
29 Farm Lane
Roslyn Heights, NY 11577

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 5080.00 |
| Regular | 11.5000 | 40.00 | 460.00 | 1012.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

| Gross Pay | 40.00 | 3000.00 | 6092.00 |
|---|---|---|---|

**Tax Deductions**

| Fed Withholdng | 680.87- | 0.00 |
|---|---|---|
| Fed MED/EE | 43.50 | 88.33 |
| Fed OASDI/EE | 186.00 | 377.70 |
| NY Withholdng | 193.63 | 381.50 |
| NY OASDI/EE | 0.60 | 1.80 |

| Fed Taxable Wages | 3000.00 | 6092.00 |
|---|---|---|

**After-Tax Deductions**

| Net Pay | 3257.14 | 5242.67 |
|---|---|---|

**Direct Deposit Summary**

| Net Check | 3,257.14 |
|---|---|

| Total Tax Deductions | 257.14- | 849.33 |
|---|---|---|

**Benefit Summary** Allotment Used

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

**Citizens Bank**

Loc: 12437  
000206-000204

Citizens Bank, N.A.  
One Citizens Plaza - RSD125  
PO Box 42028  
Providence, RI 02940-2028

# Earnings Statement

Period Beginning: 09/04/2017  
Period Ending: 09/10/2017  
Check Date: 09/15/2017  
Check Number: 0001321952  
Batch Number: 000000001530  
Page 001 of 001

BRIAN OFSIE  
29 Farm Lane  
Roslyn Heights, NY 11577

Exemptions     Add'l Amt   Add'l %  
Fed:  S-00  
NY:   S-00

Pay Rate: $11.500000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Draw | | | 2540.00 | 2540.00 |
| Regular | 11.5000 | 32.00 | 368.00 | 552.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 32.00 | 2908.00 | 3092.00 |

**Tax Deductions**  
Fed Withholdng  
Fed MED/EE           666.89     680.87  
Fed OASDI/EE          42.16      44.83  
NY Withholdng        180.29     191.70  
NY OASDI/EE          186.20     187.87  
                       0.60       1.20

Fed Taxable Wages      2908.00    3092.00  
**After-Tax Deductions**

Net Pay                1831.86    1985.53  
**Direct Deposit Summary**  
Net Check                         1,831.86

**Total Tax Deductions**          1076.14   1106.47  
**Benefit Summary   Allotment   Used**

For questions regarding your pay statement, please contact 866-472-8234.

© 1998, 2006. ADP, LLC All Rights Reserved.  
TEAR HERE