UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                                                    Case No. 8-17-77510-AST

BRIAN OFSIE,                                                        Chapter 7

                                 Debtor.
--------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

        Roy J. Lester, attorney for the above referenced debtor herein, affirms as follows:

        1.      Debtor filed a petition under Chapter 13 of the Bankruptcy Code on December 5, 2017.

        2.      Filed herewith is an amendment to the Mailing Matrix, previously filed herein.

        3.      Annexed hereto is a listing setting forth the specific additions to the Mailing Matrix. The nature of the additions are indicated for each creditor listed below:

| | | |
|---|---|---|
| **NORTHPOINTE BANK**<br>**C/O KELLI L. BAKER, ESQ.**<br>**333 BRIDGE STREET NW STE 530**<br>**GRAND RAPIDS, MI 49504** | **LOAN-BUSINESS**<br>**NOTICE ONLY** | **$0.00** |
| **GREAT AMERICAN INS. CO.**<br>**C/O CHIESA SHAHINIAN**<br>**& GIANTOMASI**<br>**ONE BOLAND DRIVE**<br>**WEST ORAGE, NJ 07052** | **BONDS-BUSINESS**<br>**NOTICE ONLY** | **$0.00** |
| **SANTANDER BANK, NA**<br>**C/O ALSTON & BIRD**<br>**4721 EMPEROR BOULEVARD, STE 400**<br>**DURHAM, NC 27703-8580** | **NOTE ON LOAN** | **$0.00** |
| **MELISSA LEE/JEDLICKA**<br>**C/O GONER & ASSOCIATES, PC**<br>**135 MAXESS ROAD**<br>**MELVILLE, NY 11747** | **LAWSUIT** | **$1,000,000.00** |
| **MARKOTSIS & LIEBERMAN, PC**<br>**115B BROADWAY, SUITE 2**<br>**HICKSVILLE, NY 11801** | **SERVICES** | **$450.00** |
| **BMW FINANCIAL**<br>**C/O FIRSTSOURCE**<br>**205 BRYANT WOODS SOUTH**<br>**AMHERST, NY 14228** | **CREDIT CARD** | **$6139.49** |

| | | |
|---|---|---|
| BMW FINANCIAL<br>C/O AIS PORTFOLIO SERVICES<br>PO BOX 165028<br>IRVING, TX 75016 | CREDIT CARD<br>NOTICE ONLY | $0.00 |
| CITY MD URGENT CARE<br>PO BOX 791516<br>BALTIMORE, MD 21279 | MEDICAL BILL | $45.00 |
| GLASSFISH ER PHYSICIAN<br>PO BOX 38051<br>PHILADELPHIA, PA 19101 | MEDICAL BILL | $675.00 |
| NORTHWELL HEALTH LABS<br>175 COMMUNITY DRIVE, 1ST FLR<br>GREAT NECK, NY 11021 | MEDICAL BILL | $60.00 |
| COMMUNITY RESCUE SQUAD, INC<br>283 MOUNTAIN VIEW ROAD<br>COPAKE, NY 12516 | MEDICAL BILL | $150.00 |
| PROHEALTH CARE ASSOC.<br>PO BOX 3475<br>TOLEDO, OH 43607 | MEDICAL BILLS | $160.00 |
| N. SHORE LIJ MED GROUP<br>C/O PCB<br>PO BOX 9060<br>HICKSVILLE, NY 11802 | MEDICAL BILL | $262.114 |
| BEATRICE BOHM<br>94 ASHLAND DRIVE<br>KINGS PARK, NY 11754 | EX-EMPLOYEE | UNKNOWN |
| CHASE BUSINESS<br>C/O ALTRAN FINANCIAL LP<br>PO BOX 722929<br>HOUSTON, TX 77272 | CREDIT CARD-<br>BUSINESS | $24,227.16 |
| CHRYSLER FINANCIAL<br>PO BOX 1728<br>NEWARK, NJ 07101-0000 | CAR LEASE | $0.00 |
| GLEN LEMESHEV<br>176 W. 94TH ST, APT 7H<br>NEW YORK, NY 10025 | EX-EMPLOYEE | UNKNOWN |
| MICHAEL GUTHNECK<br>8073 VINCENZO DRIVE<br>TOMS RIVER, NJ 08753 | EX-EMPLOYEE | UNKNOWN |

**NICHOLE GUTHNECK**          **EX-EMPLOYEE**        **UNKNOWN**
**8073 TUMBLESTONE DRIVE, UNIT 415**
**DELRAY BEACH, FL 33446**

      4.      Annexed hereto is a listing setting forth the specific corrections to the Mailing Matrix. The nature of the corrections are indicated for each creditor listed below:

**EDWARD BOHM**            **EX-EMPLOYEE**      **UNKNOWN**
**19 BLACKBERRY LANE**
**CENTER MORICHES, NY 11934**

**EDWARD BOHM**            **EX-EMPLOYEE**      **$0.00**
**471 GRENADON LANE**       **NOTICE ONLY**
**NORTH BABYLON, NY 11703**

      5.      Annexed hereto is a listing setting forth the specific deletion to the Mailing Matrix. The nature of the deletion is indicated for the creditor listed below:

**IRS – SPECIAL PROCEDURES**      **TAXES**         **$0.00**
**10 METRO TECH CENTER**
**625 FULTON AVENUE**
**BROOKLYN, NY 11201**

**CHRYSLER**

      6.      An amended mailing matrix is annexed hereto, reflecting such changes as have been referred to above.

Dated:  December 19, 2017                s/ Roy J. Lester
         Garden City, New York

                                      LESTER & ASSOCIATES, P.C.
                                      Roy J. Lester, Esq.
                                      Attorney for Debtor
                                      600 Old Country Road, Suite 229
                                      Garden City, NY 11530
                                      (516) 357-9191

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

BRIAN OFSIE,

Case No. 8-17-77510

Chapter 7

Debtor.
-----------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) SS.:
COUNTY OF NASSAU )

     I, KRISTA COLALILLO, being duly sworn, depose and say:

     1. That I am not a party to the action, and I am over eighteen years of age and reside in Oceanside, New York.

     2. That on the 19TH day of December, 2017, I served a copy of an AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(A) by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in- an envelope containing name and return address of the party effecting service to:

See attached list

                                   s/ Krista Colalillo
                                   _____
                                   KRISTA COLALILLO

Sworn to before me this
19TH day of December, 2017

     s/ Roy J. Lester

_____

Notary Public

ROY J. LESTER
Notary Public, State Of New York
No.3C-4841129
Qualified In Nassau County
Commission Expires September 30, 20 21

R Kenneth Barnard
3305 Jerusalem Avenue, Suite 215
Wantagh, NY 11793

US Trustee's Office
560 Federal Plaza, Room 563
Central Islip, NY 11722

NORTHPOINTE BANK
C/O KELLI L. BAKER, ESQ.
333 BRIDGE STREET NW STE 530
GRAND RAPIDS, MI 49504

GREAT AMERICAN INS. CO.
C/O CHIESA SHAHINIAN
  & GIANTOMASI
ONE BOLAND DRIVE
WEST ORAGE, NJ 07052

SANTANDER BANK, NA
C/O ALSTON & BIRD
4721 EMPEROR BOULEVARD, STE 400
DURHAM, NC 27703-8580

MELISSA LEE/JEDLICKA
C/O GONER & ASSOCIATES, PC
135 MAXESS ROAD
MELVILLE, NY 11747

MARKOTSIS & LIEBERMAN, PC
115B BROADWAY, SUITE 2
HICKSVILLE, NY 11801

BMW FINANCIAL
C/O FIRSTSOURCE
205 BRYANT WOODS SOUTH
AMHERST, NY 14228

BMW FINANCIAL
C/O AIS PORTFOLIO SERVICES
PO BOX 165028
IRVING, TX 75016

CITY MD URGENT CARE
PO BOX 791516
BALTIMORE, MD 21279

GLASSFISH ER PHYSICIAN
PO BOX 38051
PHILADELPHIA, PA 19101

NORTHWELL HEALTH LABS
175 COMMUNITY DRIVE, 1ST FLR
GREAT NECK, NY 11021

COMMUNITY RESCUE SQUAD, INC
283 MOUNTAIN VIEW ROAD
COPAKE, NY 12516

PROHEALTH CARE ASSOC.
PO BOX 3475
TOLEDO, OH 43607

N. SHORE LIJ MED GROUP
C/O PCB
PO BOX 9060
HICKSVILLE, NY 11802

BEATRICE BOHM
94 ASHLAND DRIVE
KINGS PARK, NY 11754

CHASE BUSINESS
C/O ALTRAN FINANCIAL LP
PO BOX 722929
HOUSTON, TX 77272

CHRYSLER FINANCIAL
PO BOX 1728
NEWARK, NJ 07101-0000

EDWARD BOHM
19 BLACKBERRY LANE
CENTER MORICHES, NY 11934

EDWARD BOHM
471 GRENADON LANE
NORTH BABYLON, NY 11703

IRS – SPECIAL PROCEDURES
10 METRO TECH CENTER
625 FULTON AVENUE
BROOKLYN, NY 11201

GLEN LEMESHEV
176 W. 94TH ST, APT 7H
NEW YORK, NY 10025

MICHAEL GUTHNECK
8073 VINCENZO DRIVE
TOMS RIVER, NJ 08753

NICHOLE GUTHNECK
8073 TUMBLESTONE DRIVE, UNIT 415
DELRAY BEACH, FL 33446