UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                                Chapter 7

**BRIAN OFSIE**                                 Case No.: 817-77510 ast

                        Debtor.
--------------------------------------------------------x

### STIPULATION EXTENDING THE TIME OF THE TRUSTEE
### TO OBJECT TO DISCHARGE

**WHEREAS**, on or about 12/05/17, Brian Ofsie filed a voluntary Petition seeking relief pursuant to Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et. seq.; and

**WHEREAS**, R. Kenneth Barnard was appointed interim trustee and thereafter duly qualified as the permanent Trustee (the "Trustee") and

**WHEREAS,** a meeting pursuant to 11 U.S.C § 341 was conducted on 01/10/18 and at the conclusion thereof, the Trustee requested documents and information, and adjourned the meeting for further examination of the Debtor upon receipt of such documents and information; and

**WHEREAS,** the Trustee has not yet received or reviewed all documents and information requested of the Debtor and has not concluded his investigation of the Debtor's financial affairs.

**NOW, THEREFORE, IT IS STIPULATED** and **AGREED** by and between R. Kenneth Barnard, as Trustee for the estate of Brian Ofsie, and the Debtor Brian Ofsie, by his counsel Lester & Associates, P.C., that the time within which the Chapter 7 Trustee may commence an adversary proceeding objecting to the Debtor's discharge pursuant to 11 U.S.C. §727, is hereby extended to and including May 11, 2018.

Dated: February 7, 2018

                                R. KENNETH BARNARD, ESQ.
                                Chapter 7 Trustee
                        By:    */s/ R. Kenneth Barnard*

                                LESTER & ASSOCIATES, P.C.
                                Attorneys for the Debtor
                        By:    */s/ Roy J. Lester*

**SO ORDERED:**