UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

    Brian Ofsie,                                           Case No.: 17-77510-ast
                                                                    Chapter 7

                        Debtor.
-------------------------------------------------------X

## ORDER DENYING REAFFIRMATION OF PERSONAL PROPERTY LEASE

On February 28, 2018, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Santander") filed pursuant to § 524 of the Bankruptcy Code a proposed Reaffirmation Agreement ("Reaffirmation Agreement") between Santander and the above-captioned debtor (the "Debtor").   [dkt item 28]

The property described in the Reaffirmation Agreement is a "2017 Jeep Wrangler VIN 1C4BJWEG2HL647699", which the Reaffirmation Agreement states is the subject of a lease agreement between Debtor and Santander.

The parties seek this Court's approval of the Reaffirmation Agreement; however, this Court has previously found that the Bankruptcy Code allows for a personal property lease to be assumed by a Chapter 7 debtor under § 365(p)(1), but not reaffirmed under § 524. *See In re Ebbrecht*, 451 B.R. 241 (Bankr. E.D.N.Y. 2011); *In re Farley*, 451 B.R. 235 (Bankr. E.D.N.Y. 2011).

Accordingly, it is hereby

**ORDERED**, that approval of the Reaffirmation Agreement is DENIED.

**Dated: March 1, 2018**
      **Central Islip, New York**                                     **Alan S. Trust**
                                                                                          **United States Bankruptcy Judge**