# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: OFSIE, BRIAN                            § Case No. 8-17-77510-AST
                                               §
                                               §
Debtor(s)                                      §
_____

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,858,765.51 | Assets Exempt: $535,511.51 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:$199,109.37 | Claims Discharged Without Payment: $56,960,657.54 |
| Total Expenses of Administration:$50,890.63 | |

3)  Total gross receipts of $     250,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of $250,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 51,240.63 | 51,240.63 | 50,890.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,383.89 | 13,325.20 | 13,325.20 | 13,325.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,276,352.54 | 9,128,289.26 | 9,128,289.26 | 185,784.17 |
| **TOTAL DISBURSEMENTS** | $49,284,736.43 | $9,192,855.09 | $9,192,855.09 | $250,000.00 |

4)  This case was originally filed under Chapter 7 on December 05, 2017. The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/19/2019 _____    By:  /s/R. KENNETH BARNARD, ESQ. _____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance/ equitable ownership claim | 1241-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chrysler Financial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 15,750.00 | 15,750.00 | 15,750.00 |
| Trustee Expenses - R. KENNETH BARNARD, ESQ. | 2200-000 | N/A | 307.60 | 307.60 | 307.60 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF R. KENNETH BARNARD | 3110-000 | N/A | 33,610.50 | 33,610.50 | 33,610.50 |
| Other - Prager Metis CPA's, LLC | 3410-000 | N/A | 350.00 | 350.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 359.58 | 359.58 | 359.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 191.50 | 191.50 | 191.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 225.52 | 225.52 | 225.52 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 95.93 | 95.93 | 95.93 |
| Accountant for Trustee Fees (Trustee Firm) - Prager Metis CPA's, LLC | 3310-000 | N/A | 350.00 | 350.00 | 350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $51,240.63 | $51,240.63 | $50,890.63 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Pennsylvania Department of Revenue | 5800-000 | 499.61 | 475.20 | 475.20 | 475.20 |
| 19P | Ifraz Illyas | 5300-000 | 0.00 | 6,425.00 | 6,425.00 | 6,425.00 |
| 20P | Mohamed Imran Ilyas | 5300-000 | N/A | 6,425.00 | 6,425.00 | 6,425.00 |
| NOTFILED | GA Dept of Revenue | 5200-000 | 70.68 | N/A | N/A | 0.00 |
| NOTFILED | NYS | 5200-000 | 7,813.60 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,383.89 | $13,325.20 | $13,325.20 | $13,325.20 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LAURIE KING | 7100-000 | 0.00 | 6,258.39 | 6,258.39 | 127.39 |
| 2 | MONIQUE DOYLE | 7100-000 | 0.00 | 7,083.15 | 7,083.15 | 144.17 |
| 3 | TL GCP Owner LLC | 7100-000 | 226,272.17 | 259,105.03 | 259,105.03 | 5,273.71 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 31,743.71 | 34,270.65 | 34,270.65 | 697.53 |
| 5 | Department Stores National Bank | 7100-000 | 1,929.00 | 2,110.05 | 2,110.05 | 42.95 |
| 6 | BMW Financial Services NA, LLC | 7100-000 | 6,139.49 | 6,139.49 | 6,139.49 | 124.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7U | U.S. Bankruptcy Court – Pennsylvania Department of | 7100-001 | N/A | 32.26 | 32.26 | 0.66 |
| 8 | American Express Travel Related Services Company, | 7100-000 | N/A | 79,120.25 | 79,120.25 | 1,610.38 |
| 9 | Santander Bank, ATTN: J. Thomas | 7100-000 | N/A | 5,748,110.30 | 5,748,110.30 | 116,994.56 |
| 10 | MELISSA LEE JEDLICKA | 7100-000 | 1,000,000.00 | 300,000.00 | 300,000.00 | 6,106.07 |
| 11 | The Money Source Inc. | 7100-000 | N/A | 417,839.00 | 417,839.00 | 8,504.51 |
| 12 | 1610 Richmond Road | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | BRIAN CHERNEGA | 7100-000 | N/A | 88,414.40 | 88,414.40 | 1,799.55 |
| 14 | JOHN DIFIORE | 7100-000 | N/A | 19,225.10 | 19,225.10 | 391.30 |
| 15 | SHIELDS FUNDING CORP. | 7100-000 | N/A | 5,586.66 | 5,586.66 | 113.71 |
| 16 | WILLIAM MAIER III | 7100-000 | 0.00 | 22,000.00 | 22,000.00 | 0.00 |
| 17 | Great American Insurance Company | 7100-000 | N/A | 1,804,333.64 | 1,804,333.64 | 36,724.63 |
| 18 | Great American Insurance Company | 7100-000 | N/A | 220,666.36 | 220,666.36 | 4,491.35 |
| 19U | Ifraz Illyas | 7100-000 | N/A | 15,887.00 | 15,887.00 | 323.36 |
| 20U | Mohamed Imran Ilyas | 7100-000 | 0.00 | 91,659.75 | 91,659.75 | 1,865.60 |
| NOTFILED | IBM Credit LLC C/O Anes Friedman, et al | 7100-000 | 209,713.69 | N/A | N/A | 0.00 |
| NOTFILED | Grimaldy Lora | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Great American Ins Co | 7100-000 | 2,025,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Glen Lemeshev | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Financial | 7100-000 | 1,804.00 | N/A | N/A | 0.00 |
| NOTFILED | DiFiore, Chernega, Shield c/o Finkelstein Filler LP | 7100-000 | 113,226.16 | N/A | N/A | 0.00 |
| NOTFILED | David Terezo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen Finan c/o McCarthy Burgers | 7100-000 | 3,241.87 | N/A | N/A | 0.00 |
| NOTFILED | Dovid Faska | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Sypher | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Bohm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Financial | 7100-000 | 85,550.23 | N/A | N/A | 0.00 |
| NOTFILED | Fanny Fujols | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier/Wunerlich c/o Goldsmith Assoc | 7100-000 | 1,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Glassfish Emerg Physican | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | Western Surety Co. c/o CNA Surety | 7100-000 | 216,216.20 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase | 7100-000 | 106,428.00 | N/A | N/A | 0.00 |
| NOTFILED | Pensco Trust FBO Joseph Giampietro, IRA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwell Health Labs | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | ProHealth Care Assoc. | 7100-000 | 160.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Raymond James c/o Nixon Peabody, LLP | 7100-000 | 507,845.00 | N/A | N/A | 0.00 |
| NOTFILED | Raymond Figarola | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Money Source Inc. c/o Goner & Assoc. PC | 7100-000 | 35,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Bank | 7100-000 | 6,591,210.54 | N/A | N/A | 0.00 |
| NOTFILED | Northpionte Bank c/o Plunkett Cooney | 7100-000 | 1,213,894.99 | N/A | N/A | 0.00 |
| NOTFILED | Nichole Guthneck | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NorthShore LIJ c/o PCB | 7100-000 | 262.11 | N/A | N/A | 0.00 |
| NOTFILED | Danny Bertolini | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 27,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Yesenia Fuentes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Markotsis & Lieberman, PC | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Loan Logistics | 7100-000 | 16,797.33 | N/A | N/A | 0.00 |
| NOTFILED | Michael Guthneck | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Matthew Voss | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Keith Gough | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christina Krug | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Sapphire Card | 7100-000 | 20,313.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Business c/o Altran Financial LP | 7100-000 | 24,227.16 | N/A | N/A | 0.00 |
| NOTFILED | CityMD Urgent Care | 7100-000 | 165.48 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Shields | 7100-000 | 5,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Plus | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Rescue Squad | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Amazon Card | 7100-000 | 5,158.41 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Rosario | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 95,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Amy Lazo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank United NA Attn: D. Michael Dunigan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Michael | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Beatrice Bohm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Damien Quinn c/o CaraCastle Partners | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| | William Maier III | 7100-000 | N/A | 447.78 | 447.78 | 447.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,276,352.54 | $9,128,289.26 | $9,128,289.26 | $185,784.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 8-17-77510-AST | Trustee:        (520840)   R. KENNETH BARNARD, ESQ. |
| Case Name:       OFSIE, BRIAN | Filed (f) or Converted (c):   12/05/17 (f) |
| | §341(a) Meeting Date:   01/10/18 |
| Period Ending: 11/19/19 | Claims Bar Date:   04/30/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America- Acct | 356.51 | 0.00 | | 0.00 | FA |
| 3 | JP Morgan Chase Checking acct | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture-Debtor's Residence | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics-Debtor's Residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-Debtor's Residence | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Watch (Lockman)-Debtor's Residence | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Glock 19 Gen4 9MM and Smith & Weson Sheild 9MM-D | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Guardian- Whole Life Policy | 101,386.00 | 0.00 | | 0.00 | FA |
| 10 | Axa Financial-Term Life Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: JP Morgan Chase | 475,146.00 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: JP Morgan | 25,752.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 Jeep Rubicon, 950 miles, Leased | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Fraudulent conveyance/ equitable ownership claim (u) | 0.00 | 100,000.00 | | 250,000.00 | FA |
| 15 | Commissions owed from Vanguard Funding | 1,250,000.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets**    Totals (Excluding unknown values) | **$1,858,765.51** | **$100,000.00** | | **$250,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has entered into a settlement of  fraudulent conveyance claims. TFR filed 4/9/19.

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR):        December 31, 2019 | Current Projected Date Of Final Report (TFR):        April 9, 2019  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 8-17-77510-AST |
| Case Name: | OFSIE, BRIAN |

| Taxpayer ID #: | **-***0748 |
| Period Ending: | 11/19/19 |

| Trustee: | R. KENNETH BARNARD, ESQ. (520840) |
| Bank Name: | Mechanics Bank |
| Account: | ******4266 - Checking Account |
| Blanket Bond: | $69,289,805.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/30/18 | {14} | Lester & Associates PC | Payment received under the stipulation | 1241-000 | 250,000.00 | | 250,000.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.58 | 249,640.42 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.50 | 249,448.92 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.52 | 249,223.40 |
| 01/10/19 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2019 FOR CASE #817-77510, Bond # 016027942 | 2300-000 | | 95.93 | 249,127.47 |
| 06/12/19 | | Transition Transfer Debit | | 9999-000 | | 249,127.47 | 0.00 |
| | | | ACCOUNT TOTALS | | 250,000.00 | 250,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 249,127.47 | |
| | | | Subtotal | | 250,000.00 | 872.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $250,000.00 | $872.53 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 8-17-77510-AST | | Trustee: | R. KENNETH BARNARD, ESQ. (520840) | | |
| Case Name: | OFSIE, BRIAN | | Bank Name: | United Bank | | |
| | | | Account: | ********1702 - Checking Account | | |
| Taxpayer ID #: | **-***0748 | | Blanket Bond: | $69,289,805.00  (per case limit) | | |
| Period Ending: | 11/19/19 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/19 | | Transfer from 0061 to 1702 | Transfer from 0061 to 1702 | 9999-000 | 249,127.47 | | 249,127.47 |
| 06/21/19 | 10102 | LAW OFFICES OF R. KENNETH BARNARD | Dividend paid 100.00% on $33,610.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 33,610.50 | 215,516.97 |
| 06/21/19 | 10103 | Prager Metis CPA's, LLC | Dividend paid 100.00% on $350.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Stopped on 09/10/19 | 3410-000 | | 350.00 | 215,166.97 |
| 06/21/19 | 10104 | Ifraz Illyas | Dividend paid 100.00% on $6,425.00; Claim# 19P; Filed: $6,425.00; Reference: | 5300-000 | | 6,425.00 | 208,741.97 |
| 06/21/19 | 10105 | Mohamed Imran Ilyas | Dividend paid 100.00% on $6,425.00; Claim# 20P; Filed: $6,425.00; Reference: | 5300-000 | | 6,425.00 | 202,316.97 |
| 06/21/19 | 10106 | Pennsylvania Department of Revenue | Dividend paid 100.00% on $475.20; Claim# 7P; Filed: $475.20; Reference: | 5800-000 | | 475.20 | 201,841.77 |
| 06/21/19 | 10107 | LAURIE KING | Dividend paid 2.03% on $6,258.39; Claim# 1; Filed: $6,258.39; Reference: | 7100-000 | | 127.39 | 201,714.38 |
| 06/21/19 | 10108 | MONIQUE DOYLE | Dividend paid 2.03% on $7,083.15; Claim# 2; Filed: $7,083.15; Reference: | 7100-000 | | 144.17 | 201,570.21 |
| 06/21/19 | 10109 | TL GCP Owner LLC | Dividend paid 2.03% on $259,105.03; Claim# 3; Filed: $259,105.03; Reference: | 7100-000 | | 5,273.71 | 196,296.50 |
| 06/21/19 | 10110 | Capital One Bank (USA), N.A. | Dividend paid 2.03% on $34,270.65; Claim# 4; Filed: $34,270.65; Reference: | 7100-000 | | 697.53 | 195,598.97 |
| 06/21/19 | 10111 | Department Stores National Bank | Dividend paid 2.03% on $2,110.05; Claim# 5; Filed: $2,110.05; Reference: | 7100-000 | | 42.95 | 195,556.02 |
| 06/21/19 | 10112 | BMW Financial Services NA, LLC | Dividend paid 2.03% on $6,139.49; Claim# 6; Filed: $6,139.49; Reference: | 7100-000 | | 124.96 | 195,431.06 |
| 06/21/19 | 10113 | American Express Travel Related Services Company, | Dividend paid 2.03% on $79,120.25; Claim# 8; Filed: $79,120.25; Reference: | 7100-000 | | 1,610.38 | 193,820.68 |
| 06/21/19 | 10114 | Santander Bank, ATTN: J. Thomas | Dividend paid 2.03% on $5,748,110.30; Claim# 9; Filed: $5,748,110.30; Reference: | 7100-000 | | 116,994.56 | 76,826.12 |
| 06/21/19 | 10115 | MELISSA LEE JEDLICKA | Dividend paid 2.03% on $300,000.00; Claim# 10; Filed: $300,000.00; Reference: | 7100-000 | | 6,106.07 | 70,720.05 |
| 06/21/19 | 10116 | The Money Source Inc. | Dividend paid 2.03% on $417,839.00; Claim# 11; Filed: $417,839.00; Reference: | 7100-000 | | 8,504.51 | 62,215.54 |
| 06/21/19 | 10117 | BRIAN CHERNEGA | Dividend paid 2.03% on $88,414.40; Claim# 13; Filed: $88,414.40; Reference: | 7100-000 | | 1,799.55 | 60,415.99 |
| 06/21/19 | 10118 | JOHN DIFIORE | Dividend paid 2.03% on $19,225.10; Claim# 14; Filed: $19,225.10; Reference: | 7100-000 | | 391.30 | 60,024.69 |
| 06/21/19 | 10119 | SHIELDS FUNDING CORP. | Dividend paid 2.03% on $5,586.66; Claim# | 7100-000 | | 113.71 | 59,910.98 |

| | | | Subtotals : | | $249,127.47 | $189,216.49 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 8-17-77510-AST | | Trustee: | R. KENNETH BARNARD, ESQ. (520840) | | |
| Case Name: | OFSIE, BRIAN | | Bank Name: | United Bank | | |
| | | | Account: | ********1702 - Checking Account | | |
| Taxpayer ID #: | **-***0748 | | Blanket Bond: | $69,289,805.00  (per case limit) | | |
| Period Ending: | 11/19/19 | | Separate Bond: | N/A | | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 15; Filed: $5,586.66; Reference: | | | | |
| 06/21/19 | 10120 | WILLIAM MAIER III | Dividend paid  2.03% on $22,000.00; Claim# 16; Filed: $22,000.00; Reference: Stopped on 07/24/19 | 7100-000 | | 447.78 | 59,463.20 |
| 06/21/19 | 10121 | Great American Insurance Company | Dividend paid  2.03% on $1,804,333.64; Claim# 17; Filed: $1,804,333.64; Reference: | 7100-000 | | 36,724.63 | 22,738.57 |
| 06/21/19 | 10122 | Great American Insurance Company | Dividend paid  2.03% on $220,666.36; Claim# 18; Filed: $220,666.36; Reference: | 7100-000 | | 4,491.35 | 18,247.22 |
| 06/21/19 | 10123 | Ifraz Illyas | Dividend paid  2.03% on $15,887.00; Claim# 19U; Filed: $15,887.00; Reference: | 7100-000 | | 323.36 | 17,923.86 |
| 06/21/19 | 10124 | Mohamed Imran Ilyas | Dividend paid  2.03% on $91,659.75; Claim# 20U; Filed: $91,659.75; Reference: | 7100-000 | | 1,865.60 | 16,058.26 |
| 06/21/19 | 10125 | R. KENNETH BARNARD, ESQ. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 16,057.60 | 0.66 |
| | | | Dividend paid 100.00%          15,750.00 on $15,750.00;  Claim# ; Filed: $15,750.00 | 2100-000 | | | 0.66 |
| | | | Dividend paid 100.00%             307.60 on $307.60;  Claim# ; Filed: $307.60 | 2200-000 | | | 0.66 |
| 06/21/19 | 10126 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 0.66 | 0.00 |
| 07/24/19 | 10120 | WILLIAM MAIER III | Dividend paid  2.03% on $22,000.00; Claim# 16; Filed: $22,000.00; Reference: Stopped: check issued on 06/21/19 | 7100-000 | | -447.78 | 447.78 |
| 07/30/19 | 10127 | William Maier III | Dividened paid 2.03% on $22,000.00 Claim #16 Stopped on 08/28/19 | 7100-000 | | 447.78 | 0.00 |
| 08/28/19 | 10127 | William Maier III | Dividened paid 2.03% on $22,000.00 Claim #16 Stopped: check issued on 07/30/19 | 7100-000 | | -447.78 | 447.78 |
| 09/03/19 | 10128 | William Maier III | Dividend paid 2.03% on $22,000.00, claim #16 | 7100-000 | | 447.78 | 0.00 |
| 09/10/19 | 10103 | Prager Metis CPA's, LLC | Dividend paid 100.00% on $350.00, Accountant for Trustee Fees (Other Firm); Reference: Stopped: check issued on 06/21/19 | 3410-000 | | -350.00 | 350.00 |
| 09/16/19 | 10129 | Prager Metis CPA's, LLC | Dividend paid 100.00% on $350.00, Accountant for Trustee Fees (Other Firm); | 3310-000 | | 350.00 | 0.00 |

| | | | Subtotals : | | $0.00 | $59,910.98 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| Case Number: | 8-17-77510-AST |
| Case Name: | OFSIE, BRIAN |
| | |
| Taxpayer ID #: | **-***0748 |
| Period Ending: | 11/19/19 |

| | |
|---|---|
| Trustee: | R. KENNETH BARNARD, ESQ. (520840) |
| Bank Name: | United Bank |
| Account: | ********1702 - Checking Account |
| Blanket Bond: | $69,289,805.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: D | | | | |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 249,127.47 | 249,127.47 | $0.00 |
| | Less: Bank Transfers | 249,127.47 | 0.00 | |
| | Subtotal | 0.00 | 249,127.47 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $249,127.47 | |

| | |
|---|---|
| Net Receipts : | 250,000.00 |
| Net Estate : | $250,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4266 | 250,000.00 | 872.53 | 0.00 |
| Checking # ********1702 | 0.00 | 249,127.47 | 0.00 |
| | $250,000.00 | $250,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/19/2019 11:47 AM    V.14.60